PROB 12C
(6/16)

Report Date: February 5, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Feb 05, 2026
SEAN F. MCAVOY, CLERK

ECF No. 67

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Fern Sydney Collins | Case Number: 0980 1:25CR02061-RLP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Yakima, Washington 98908 | |
| Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge | |
| Date of Original Sentence: January 8, 2026 | |
| Original Offense: Possession of a Firearm in a Federal Court Facility, 18 U.S.C. § 930(e)(1), (g)(3) | |
| Original Sentence: Prison - Time Served (93 days) TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Michael D. Murphy | Date Supervision Commenced: January 8, 2026 |
| Defense Attorney: Alex B. Hernandez | Date Supervision Expires: January 7, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On January 15, 2026, Ms. Collins and the probation officer reviewed all the conditions of supervised release to which she would be subject while serving her term of supervision. Mrs. Collins signed a copy of her judgment acknowledging her understanding of the conditions imposed by the court. She was also provided a copy for her reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Fern Collins is considered to be in violation of her conditions of supervised release by violating local laws, being charged with first degree malicious mischief, on or about February 3, 2026. |
| | On February 3, 2026, around 8:57 a.m., Yakima Police Department (YPD) officers were dispatched to a vehicle that struck a garage door located in Yakima, Washington. The call notes indicate Ms. Collins rammed her vehicle into the neighbor's garage door, causing damages to the vehicle parked in the garage and to the rear wall of the garage. |
| | YPD officers attempted to make contact with Ms. Collins; however, there was no response at the residence. On the same date, a YPD officer contacted the undersigned via telephone in an effort to assist them in making contact with Ms. Collins. The undersigned officer |

Prob12C
**Re: Collins, Fern Sydney**
**February 5, 2026**
Page 2

attempted to make telephonic contact with Ms. Collins; however, the defendant did not answer the undersigned officer's multiple phone calls.

Upon an interview with the witness, it was learned Ms. Collins' vehicle was seen driving away from the victim's driveway, through the front yard, and into her own driveway. The estimated cost of damaged property is $16,000.

Based on the statements provided by the victim and witness, along with the observed property damage, YPD determined probable cause existed to support the filing of the charge of first degree malicious mischief and the issuance of a warrant.

2   **Special Condition #1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Fern Collins is considered to be in violation of her conditions of supervised release by failing to report as directed to her scheduled mental health assessment with Ken Schafer and Associates on February 3, 2026.

On February 3, 2026, the undersigned was notified by Ken Schafer that Ms. Collins was a no show for her mental health assessment.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 5, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
**Re: Collins, Fern Sydney**
**February 5, 2026**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____
Date