PROB 12C
(6/16)

Report Date: October 14, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2026

SEAN F. MCAVOY, CLERK

ECF No. 96

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fern Sydney Collins — Case Number: 0980 1:25CR02061-RLP-1

Address of Offender: [redacted] Yakima, Washington 98908

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: January 8, 2026

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in a Federal Court Facility, 18 U.S.C. § 930(e)(1), (g)(3) | |
| Original Sentence: | Prison - Time Served (93 days)<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 6, 2026) | Prison - Time Served<br>(51 days)<br>TSR- 10 months | |
| Asst. U.S. Attorney: | Michael D. Murphy | Date Supervision Commenced: August 6, 2026 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: June 5, 2027 |

---

## PETITIONING THE COURT

To issue a summons.

On August 17, 2026, Ms. Collins and the probation officer reviewed all the conditions of supervised release to which she would be subject while serving her term of supervision. Ms. Collins signed a copy of her judgment acknowledging her understanding of the conditions imposed by the Court. She was also provided a copy for her reference.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Fern Collins is considered to be in violation of her conditions of supervised release by, being charged with first degree malicious mischief, on or about August 10, 2026, in violation of Revised Code of Washington (RCW) 9A.48.070 (1).<br><br>On February 3, 2026, around 8:57 a.m., Yakima Police Department (YPD) officers were dispatched to a vehicle that struck a garage door located in Yakima, Washington. The call notes indicate Ms. Collins rammed her vehicle into her neighbor’s garage door, causing damages to the vehicle parked in the garage and to the rear wall of the garage. |

YPD officers attempted to make contact with Ms. Collins; however, there was no response at her residence. On the same date, a YPD officer contacted the undersigned via telephone in an effort to assist them in making contact with Ms. Collins. The undersigned officer attempted to make telephonic contact with Ms. Collins; however, the defendant did not answer the undersigned officer's multiple phone calls.

Upon an interview with the witness, it was learned Ms. Collins' vehicle was seen driving away from the victim's driveway, through the front yard, and into her own driveway. The estimated cost of damaged property was listed at $16,000.

Based on the statements provided by the victim and witness, along with the observed property damage, YPD determined probable cause existed to support the filing of the charge of first degree malicious mischief and the issuance of a warrant.

On September 8, 2026, an affidavit of probable cause was determined and a summons was issued. A trial date is set for December 18, 2026. At the time of this petition, the charge remains pending.

It is respectfully recommended that the Court issue a summons requiring Fern Sydney Collins to appear to answer to the allegation in the attached petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 14, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ x] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 14, 2026

Date